U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 17 2018

CLERK U.S. DISTRICT COURT
By: _____
          Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:18-MJ-040 |
| NANCY LORENA CRUZ-RODRIGUEZ (01) | |

## CRIMINAL COMPLAINT

I, Oscar Huerta, being duly sworn hereby depose and say the following is true and correct to the best of my knowledge and belief:

On or about January 12, 2018, in the Fort Worth Division of the Northern District of Texas, the defendant, **Nancy Lorena Cruz-Rodriguez**, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

I, Oscar Huerta, am a Task Force Officer with the Drug Enforcement Administration at the Fort Worth District Office. The statements contained in this Complaint are based in part on my personal observations and knowledge of this investigation, and on information provided by officers of the Arlington Police Department (APD).

1. On January 12, 2018, members of the Arlington Police Department responded to 700 East Randal Mill Road, Apartment 111, Arlington, Tarrant County, Texas, within the Northern District of Texas, to assist the Arlington Fire Department in reference to an explosion that occurred at the aforementioned address.

**Criminal Complaint – Page 1**

Upon arrival, they were notified by the fire department that they witnessed a Hispanic female, later identified as **Cruz-Rodriguez**, transporting multiple Tupperware containers of a white, crystal-like substance from Apartment 111 to a black GMC Yukon, bearing Texas License Plate HYM4984.

2. APD officers observed the scene of the explosion and observed in plain view, containers with a white crystal-like substance in a black GMC Yukon. The officers knew that the white, crystal-like substance was consistent with the appearance of crystal methamphetamine based on their training and experience. A small amount of the crystallized substance was subjected to a field test kit and yielded a positive result for the presence of methamphetamine. The crystallized substance seized from the vehicle weighed approximately twenty-one (21) pounds.

3. **Cruz-Rodriguez** was read her Miranda Warnings and agreed to waive her rights and answer questions. During the interview, **Cruz-Rodriguez** stated that she lived in the apartment with her two daughters. The male inside the residence was a family friend visiting from Mexico. She continued to state that she was working earlier in the day and received a phone call from an individual instructing her to pick up some stuff at the dumpster located near her apartment. She picked up several items from the dumpster and took them inside her apartment. **Cruz-Rodriguez** stated she knew it was drugs, but did not know specifically what kind. **Cruz-Rodriguez** stated she was given instructions over the phone on how she was supposed to prepare the drugs. She stated she had placed an amount of the drugs on the stove and was heating it on medium heat.

Several minutes after she had placed the drugs on the stove, she heard an explosion. **Cruz-Rodriguez** stated her daughter and family friend were not aware of what she was doing. **Cruz-Rodriguez** stated she had weighed some of the drugs in kilogram quantities and placed them in plastic containers and into her black GMC Yukon.

4. Although I have not listed all the facts regarding this seizure of methamphetamine, I believe that the facts stated here establish probable cause that the defendant has committed a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), possession of a controlled substance with intent to distribute.

Oscar Huerta
Task Force Officer
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, this 17th day of January 2018, at 1:54 a.m./p.m. in Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge